IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTYANN THORP, et al., | No. C-13-3830 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANT EDUCAP, INC.'S MOTION TO DISMISS** |
| v. | |
| EDUCAP, INC., et al., | |
| Defendants. | |

Before the Court is defendant EduCap Inc.'s ("EduCap") Motion to Dismiss, filed September 24, 2013. Plaintiffs Kristyann Thorp, Michael L. Suechting, and Barbara Suechting have filed opposition, to which EduCap has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for determination on the parties' respective written submissions, and VACATES the hearing scheduled for November 8, 2013.

**IT IS SO ORDERED.**

Dated: November 5, 2013

MAXINE M. CHESNEY
United States District Judge