IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTYANN THORP, et al., | No. C-13-3830 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANT EDUCAP, INC.'S MOTION TO DISMISS FIRST CLAIM FOR RELIEF** |
| v. | |
| EDUCAP, INC., et al., | |
| Defendants. | |

Before the Court is defendant EduCap Inc.'s ("EduCap") "Motion to Dismiss the First Claim for Relief," filed December 5, 2013. Plaintiffs Kristyann Thorp, Michael L. Suechting, and Barbara Suechting have filed opposition, to which EduCap has replied.[1] Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and VACATES the hearing scheduled for January 10, 2014.

**IT IS SO ORDERED.**

Dated: January 8, 2014

MAXINE M. CHESNEY
United States District Judge

---

[1] EduCap failed to provide the Court with a chambers copy of its reply. Nonetheless, the Court has considered it. For future reference, EduCap is reminded that, pursuant to Civil Local Rule 5-1(e)(7) and the Court's Standing Orders, parties are required to provide for use in chambers one paper copy of each document that is filed electronically