IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTYANN THORP, et al., | No. C-13-3830 MMC |
| Plaintiffs, | **ORDER DENYING DEFENDANT EDUCAP, INC.'S MOTION TO DISMISS FIRST CLAIM FOR RELIEF** |
| v. | |
| EDUCAP, INC., et al., | |
| Defendants. | |

Before the Court is defendant EduCap Inc.'s ("EduCap") "Motion to Dismiss the First Claim for Relief," filed December 5, 2013. Plaintiffs Kristyann Thorp, Michael L. Suechting, and Barbara Suechting have filed opposition, to which EduCap has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court rules as follows.[1]

EduCap seeks dismissal of the First Cause of Action, by which plaintiffs allege EduCap violated 15 U.S.C. § 1681s-2(b) when it allegedly failed to conduct a reasonable investigation into plaintiffs' claim that information EduCap had provided to credit reporting agencies was inaccurate. By order filed November 6, 2013, the Court dismissed the First Cause of Action, finding plaintiffs had failed to provide sufficient notice for the basis of the claim, and afforded plaintiffs leave to amend. By the instant motion, EduCap argues

---

[1] By order filed January 8, 2014, the Court took the matter under submission.

1  plaintiffs' amended claim fails to cure the deficiencies previously identified.  The Court
2  disagrees.  The Court further notes that to the extent EduCap argues the circumstances
3  surrounding the challenged report show, contrary to plaintiffs' allegations, there was no
4  failure to investigate, such argument is premature and must await a later stage of the
5  proceedings.
6        Accordingly, the motion to dismiss is hereby DENIED.
7  **IT IS SO ORDERED.**

9  Dated:  January 9, 2014

                                        MAXINE M. CHESNEY
                                        United States District Judge