UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

KRISTYANN THORP,

        Plaintiff,

   v.

EDUCAP, INC., et al.,

        Defendants.

_____/

No. C 13-3830 MMC

**ORDER RE: ATTENDANCE AT MEDIATION**

Date:     February 21, 2014
Mediator: André Hassid

     IT IS HEREBY ORDERED that the request to excuse defendants EduCap, Inc.'s and Experian Information Solutions, Inc.'s client representatives from appearing in person at the February 21, 2014, mediation before André Hassid is GRANTED. The representatives shall be available at all times to participate telephonically in the mediation in accordance with ADR L.R. 6-10(f).

     IT IS SO ORDERED.

February 11, 2014      By:     _____
Dated                                    Maria-Elena James
                                            United States Magistrate Judge