IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KRISTYANN THORP, et al.,

    Plaintiffs,

  v.

EDUCAP, INC., et al.,

    Defendants.
                           /

No. C 13-3830 MMC

**ORDER OF DISMISSAL**

      The court-appointed mediator having advised the Court that the remaining parties have agreed to a settlement of this cause,

      IT IS HEREBY ORDERED that plaintiffs' claims alleged herein against defendants EduCap, Inc. and Experian Information Solutions, Inc. be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within ninety (90) days, with proof of service of a copy thereon on the opposing party, that the agreed consideration for the settlement has not been delivered, the foregoing order shall stand vacated and the action shall forthwith be restored to the calendar for further proceedings as appropriate.

      **IT IS SO ORDERED.**

Dated: February 28, 2014

MAXINE M. CHESNEY
United States District Judge